No. 562. AKTIESELSKABET DAMPSKIBSSELSKABET VESTERHAVET ET AL. *v.* UNITED STATES. On petition for writ of certiorari to the Court of Claims. Dismissed on motion of petitioners pursuant to Rule 60 of the Rules of this Court. *John G. Laylin* for petitioners. *Solicitor General Sobeloff* for the United States.

MARCH 5, 1956.

No. 587. BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTH CAROLINA ET AL. *v.* FRASIER ET AL. Appeal from the United States District Court for the Middle District of North Carolina. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *William B. Rodman, Jr.,* Attorney General of North Carolina, and *T. W. Bruton, Claude L. Love, Harry W. McGalliard, John Hill Paylor, Peyton B. Abbott, Samuel Behrends, Jr.* and *Robert E. Giles,* Assistant Attorneys General, for appellants. *Conrad O. Pearson, Floyd B. McKissick, John H. Wheeler, Thurgood Marshall* and *Robert L. Carter* for appellees.

No. 613. PACIFIC GAS & ELECTRIC Co. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA. Appeal from the District Court of Appeal of California, First Appellate District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Robert H. Gerdes* and *Richard H. Peterson* for appellant. *Edmund G. Brown,* Attorney General of California, *James E. Sabine* and *Irving H. Perluss,* Assistant Attorneys General, and *Ernest P. Goodman,* Deputy Attorney General, for appellee.